| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on April 16, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>　　VIJAYESH SAINJU | Case No.: 18-10967<br><br>Judge: JOHN K. SHERWOOD |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: April 16, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  VIJAYESH SAINJU

Case No.:  18-10967JKS

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

    ORDERED, that the claim of CREDIT ACCEPTANCE CORPORATION, Court Claim Number 1, be modified to amount paid to date through the plan by the Standing Trustee; and it is further

    ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.