| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    VIJAYESH SAINJU |

Order Filed on April 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-10967

Judge:  JOHN K. SHERWOOD

**ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: April 16, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 18-10967JKS

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of CREDIT ACCEPTANCE CORPORATION, Court Claim Number 1, be modified to amount paid to date through the plan by the Standing Trustee; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.

United States Bankruptcy Court
District of New Jersey

In re:  
Vijayesh Sainju  
     Debtor

Case No. 18-10967-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 16, 2019  
                          Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.  
db          Vijayesh Sainju,    2 Locust St,    Jersey City, NJ    07305-4846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:

        Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
        John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company rsolarz@kmllawgroup.com  
        Swarna Ramakrishnan    on behalf of Creditor    Society Hill at Jersey City II Condominium Association, Inc. sramakrishnan@lawgapc.com, attorneys@lawgapc.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        Veer P Patel    on behalf of Trustee Marie-Ann Greenberg andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com  
        Veer P Patel    on behalf of Creditor    Bayview Loan Servicing, LLC andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com  
        Veer P Patel    on behalf of Creditor    Society Hill at Jersey City II Condominium Association, Inc. andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com  
        Veer P Patel    on behalf of Debtor Vijayesh Sainju andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com  
        Veer P Patel    on behalf of U.S. Trustee    U.S. Trustee andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com  
                                                                                                                                                                                                                TOTAL: 14