Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−10967−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vijayesh Sainju
   2 Locust St
   Jersey City, NJ 07305−4846

Social Security No.:
   xxx−xx−0648

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/8/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 9, 2019
JAN: zlh

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-10967-JKS
Vijayesh Sainju                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jul 09, 2019
                              Form ID: 148             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
```
db              Vijayesh Sainju,    2 Locust St,    Jersey City, NJ 07305-4846
cr             ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                 Southfield, MI 48034)
cr              +Society Hill at Jersey City II Condominium Associa,   c/o Griffin Alexander, P.C.,
                 415 Route 10,    Second Floor,   Randolph, NJ 07869-2100
517281903       Bayview Loan,    4425 Ponce de Leon Blvd,   Coral Gables, FL 33146-1837
517281904       City of Jersey City,    280 Grove St Rm 101,    Jersey City, NJ 07302-3610
517281906       Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,    Southfield, MI 48034-8331
517281905       Credit Acceptance,    PO Box 513,   Southfield, MI 48037-0513
517281907      #Deville Asset Manageme,   1132 Glade Rd,    Colleyville, TX 76034-4227
517281909       GRIFFIN ALEXANDER, P.C.,   415 NJ-10 # 6,    Randolph, NJ 07869
517281911       Pat Carabellese,    127 S Washington Ave,    Bergenfield, NJ 07621-2938
517281912       Quality Asset Recovery,    7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
517281913       SOCIETY HILL AT JERSEY CITY II CONDOMINI,    266 Willow St,   Jersey City, NJ 07305-4873
517323345      +Society Hill at Jersey City II Condo. Assoc., Inc.,   c/o Griffin Alexander, P.C.,
                 415 Route 10,    2nd Floor,   Randolph, NJ 07869-2100
517323343      +Society Hill at Jersey City II Condominium Associa,   c/o Griffin Alexander, P.C.,
                 415 Route 10,    2nd Floor,   Randolph, NJ 07869-2100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 23:55:37     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 23:55:35     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517281901       EDI: ATTWIREBK.COM Jul 10 2019 03:13:00      AT & T,   c/o Bankruptcy,   4331 Communications Dr,
                 Dallas, TX 75211-1300
517281902      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 09 2019 23:56:04
                 Bayview Financial Loan,    Attn: Customer Service Dept,   4425 Ponce de Leon Blvd Fl 5,
                 Miami, FL 33146-1873
517416607      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 09 2019 23:56:04
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
                 Coral Gables, FL 33146-1837
517281908       E-mail/Text: bknotice@ercbpo.com Jul 09 2019 23:55:42      Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
517281910       E-mail/Text: ebn@rwjbh.org Jul 09 2019 23:56:03      Jersey City Medical Center,   355 Grand St,
                 Jersey City, NJ 07302-4321
517411094       EDI: RESURGENT.COM Jul 10 2019 03:13:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10675,   Greenville, SC 29603-0675
517325956       E-mail/Text: ebn@vativrecovery.com Jul 09 2019 23:55:05      Palisades Collections, LLC,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                 P.O. Box 40728,   Houston, TX 77240-0728
517281914       E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 09 2019 23:55:36     WESTLAKE,
                 PO Box 76809,   Los Angeles, CA 90076-0809
                                                                                              TOTAL: 10
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-2             User: admin                   Page 2 of 2                    Date Rcvd: Jul 09, 2019
                                 Form ID: 148                  Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC Njecfmail@mwc-law.com,
           ftarlecki.kashlaw@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company rsolarz@kmllawgroup.com
          Swarna  Ramakrishnan    on behalf of Creditor    Society Hill at Jersey City II Condominium
           Association, Inc. sramakrishnan@lawgapc.com,    attorneys@lawgapc.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Veer P Patel    on behalf of Creditor    Society Hill at Jersey City II Condominium Association,
           Inc.
           andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com
          Veer P Patel    on behalf of Debtor Vijayesh  Sainju
           andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com
          Veer P Patel    on behalf of U.S. Trustee    U.S. Trustee
           andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com
          Veer P Patel    on behalf of Trustee Marie-Ann  Greenberg
           andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com
          Veer P Patel    on behalf of Creditor    Bayview Loan Servicing, LLC
           andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com
                                                                                             TOTAL: 14
```